# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRAD PAUL SMITH**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #660448**

V.　　　　　　　　　NO. 3:24-cv-9-DPM-ERE

**THOMAS HURST,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

On January 22, 2024, *pro se* plaintiff Brad Paul Smith, an Arkansas Division of Correction inmate, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Although Mr. Smith is a three-striker, the Court previously determined that he has satisfied the imminent danger exception to the three-strikes rule. *Doc. 5*. However, because Mr. Smith's original complaint was deficient, the Court provided him an opportunity to file an amended complaint clarifying this constitutional claims. *Id*. Mr. Smith has now filed an amended complaint. *Doc. 8*.

Based on the allegations contained in his amended complaint, Mr. Smith has stated a failure to protect claim against Defendants Thomas Hurst, Claudia Harris, Captain Cantrell, Captain Baker, Lieutenant Harmon, Lieutenant Dunagan, and Felicia Bell. Service of those claims is now proper. In his amended complaint, Mr. Smith explains that he no longer seeks to pursue any claims against Defendants William Straughn and Pigford. *Doc. 8 at 1*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is instructed to prepare a summons for Defendants Hurst, Harris, Cantrell, Baker, Harmon, Dunagan, and Bell.

2. The United States Marshal is directed to serve these Defendants with a summons and a copy of the complaint and the amended complaint (with any attachments) (*Docs. 2, 8*), without requiring prepayment of fees and costs or security. Service for these Defendants should be through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

3. The Clerk is instructed to terminate Deputy Director William Straughn and Classification Officer Pigford as party Defendants.

So Ordered 26 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE