# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRAD PAUL SMITH**  
**ADC #660448**                                                                                   **PLAINTIFF**

**V.**                          **NO. 3:24-cv-9-DPM-ERE**

**THOMAS HURST**, *et al.*                                                                **DEFENDANTS**

## ORDER

A summons was returned unexecuted for Defendant Felicia Cobb. *Doc. 21.* ADC officials have provided Defendant Bell's last-known address to the Court under seal. *Id.*

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare a new summons for Defendant Bell.

2. The United States Marshal is directed to serve the reissued summons and the complaint and the amended complaint, with any attachments, (*Docs. 2, 8*), and this Order on Defendant Bell at her last-known address, provided under seal, without prepayment of fees or costs. Importantly, this Defendant's private mailing address must be *redacted* from the return of service and from any other public portion of the record.

So Ordered 5 April 2024.

_____
UNITED STATES MAGISTRATE JUDGE