IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRAD PAUL SMITH
ADC #660448                                                              PLAINTIFF

v.                      No. 3:24-cv-9-DPM-ERE

THOMAS HURST, Warden, Grimes Unit;
CLAUDIA HARRIS, Deputy Warden,
Grimes Unit;  FELECIA BELL, Sergeant,
Grimes Unit;  CLINTON BAKER, Captain,
Grimes Unit;  ZACHAERY HARMON,
Lieutenant, Grimes Unit;  KENNY
CANTRELL, Captain, Grimes Unit;  and
HEATH DUNAGAN, Lieutenant, Grimes
Unit                                                                     DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 38*, and overrules Smith's objections, *Doc. 39*. Fed. R. Civ. P. 72(b)(3). The motion for summary judgment was timely filed. The deadline was 24 May 2024. *Doc. 27*. Captain Baker and Lieutenant Harmon filed their motion on May 15th. They are not getting special treatment.

Captain Baker's and Lieutenant Harmon's motion, *Doc. 29*, is granted in part and denied in part. Smith's claims against Captain Baker are dismissed without prejudice for failure to exhaust. The Court directs the Clerk to terminate Captain Baker as a defendant in this case.

-2-

Smith's claim that Lieutenant Harmon failed to protect him in November 2023 goes forward. Smith's other claims against Lieutenant Harmon are dismissed without prejudice for failure to exhaust.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2024