# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**BRAD PAUL SMITH**  **PLAINTIFF**
ADC #660448

V.     NO. 3:24-cv-9-DPM-ERE

**THOMAS HURST,** *et al.*     **DEFENDANTS**

## ORDER

Defendants have moved for the Court's permission to depose *pro se* plaintiff Brad Paul Smith by remote means. See FED. R. CIV. P. 30(a)(2) & (b)(4).

For good cause shown, Defendants' motion (*Doc. 45*) is GRANTED. Defendants are instructed to send Mr. Smith detailed instructions for participating in the remote deposition.

So Ordered 15 October 2024.

_____
UNITED STATES MAGISTRATE JUDGE