# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRAD PAUL SMITH**  **PLAINTIFF**
**ADC #660448**

V.  NO. 3:24-cv-9-DPM-ERE

**THOMAS HURST,** *et al.*  **DEFENDANTS**

## ORDER

On January 22, 2025, *pro se* plaintiff Brad Paul Smith filed a notice of change of address indicating that he has been released from custody. *Doc. 59.* Considering his release, it is unclear whether Mr. Smith is still entitled to proceed in forma pauperis.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail Mr. Smith a free-world application to proceed *in forma pauperis.*

2. If Mr. Smith wishes to continue pursuing this lawsuit, he must, **within 30 days of the entry of this Order,** either: (a) file a completed free-world

---

[1] According to the Court's records, Mr. Smith has not paid any money toward the filing fee that the Court assessed in February 2024. *Doc. 5.*

application to proceed in forma pauperis; or (b) pay the $405 filing fee for this action.[2]

3.    If Mr. Smith does not timely comply with this Order, this case is likely to be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED 23 January 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Because he has been released, Mr. Smith no longer qualifies for the reduced fee of $350.