IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRAD PAUL SMITH
ADC #660448                                                              PLAINTIFF

v.                          No. 3:24-cv-9-DPM

THOMAS HURST, Warden, Grimes Unit;
CLAUDIA HARRIS, Deputy Warden,
Grimes Unit;  FELECIA BELL, Sergeant,
Grimes Unit;  ZACHAERY HARMON,
Lieutenant, Grimes Unit;  KENNY
CANTRELL, Captain, Grimes Unit;  and
HEATH DUNAGAN, Lieutenant, Grimes
Unit                                                                     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Smith hasn't filed a free-world *in forma pauperis* application, and the time to do so has passed. *Doc. 60.* And his mail from this Court is being returned. *Doc. 63 & 64.* His claims will therefore be dismissed without prejudice. Local Rule 5.5(c)(2).

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 March 2025