IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRAD PAUL SMITH
ADC #660448                                                                PLAINTIFF

v.                          No. 3:24-cv-9-DPM

THOMAS HURST, Warden, Grimes Unit;
CLAUDIA HARRIS, Deputy Warden,
Grimes Unit; FELECIA BELL, Sergeant,
Grimes Unit; CLINTON BAKER, Captain,
Grimes Unit; PIGFORD, Classification
Officer, Grimes Unit; ZACHAERY
HARMON, Lieutenant, Grimes Unit;
KENNY CANTRELL, Captain, Grimes
Unit; HEATH DUNAGAN, Lieutenant,
Grimes Unit; and WILLIAM
STRAUGHN, Deputy Director, ADC                                         DEFENDANTS

## JUDGMENT

Smith's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2025